# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON McCOY,<br>　　　Plaintiff,<br>　　v.<br>M. TANN, et al.<br>　　　Defendants. | 1:11-cv-01771-MJS (PC)<br><br>ORDER DENYING MOTIONS FOR LEGAL ADVICE<br><br>(ECF Nos. 12 & 16) |

Plaintiff Aaron McCoy ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 7.)

Plaintiff has filed two motions asking that the Court advise him if he should transfer his case to small claims court. (Mots., ECF Nos. 12 & 16.) These motions constitute requests for legal advice. The Court is not allowed to render legal advice.

Accordingly, Plaintiff's motions (ECF Nos. 12 & 16) are DENIED without prejudice.

IT IS SO ORDERED.

Dated: June 27, 2012

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

-1-