UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MCCOY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>D. JAMES, et al.,<br><br>　　　　　　Defendants. | Case No. 1:11-cv-01771-LJO-MSJ (PC)<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE FOR CDCR STAFF COUNSEL TO APPEAR TELEPHONICALLY AT THE JUNE 5, 2015 SETTLEMENT CONFERENCE |

The Court hereby grants the ex parte application of Defendants PAZ and JONES, for leave for Staff Counsel from the CDCR Office of Legal Affairs to participate telephonically at the June 5, 2015 Settlement Conference. Defendants' Counsel shall appear in person.

IT IS SO ORDERED.

Dated:   **May 22, 2015**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE