# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MCCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>D. JAMES, et al.,<br><br>        Defendants. | Case No.: 1:11-CV-01771 LJO MJS (PC)<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

On June 5, 2015, the Court held a settlement conference in this matter. The parties were able to come to a compromise of the matter. However, due to delays in processing settlement proceeds, Defendants' counsel advised that payment may be delayed up to 180 days. Thus, the Court **ORDERS**:

1. No later than August 3, 2015 and every 60 days thereafter, counsel for Defendants **SHALL** file a report setting forth the status of completion of the settlement;

2. Within 10 days of payment of the settlement proceeds but no later than **December 4, 2015**, the parties **SHALL** file a stipulated request for dismissal;

3. All pending dates are **VACATED**.

IT IS SO ORDERED.

Dated:   **June 5, 2015**               **/s/ Jennifer L. Thurston**
                               UNITED STATES MAGISTRATE JUDGE