UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MCCOY,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>D. JAMES, et al.,<br><br>　　　　　　Defendant. | 1:11-cv-1771-LJO-MJS (PC)<br><br>ORDER RE STIPULATION TO DISMISS (Doc. 98) |

On September 14, 2015, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 98 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1.　DISMISSES with prejudice this entire action and all claims;

2.　VACATES all pending dates and matters; and

3.　DIRECTS the Clerk of Court to CLOSE this action.

**IT IS SO ORDERED**
**Dated: October 15, 2015**

　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**